JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TUNG THANH NGUYEN TRUONG,

                    Petitioner,

          v.

MARKWAYNE MULLIN, et al.,

                    Respondents.

Case No. 2:26-cv-03546-MBK

JUDGMENT

          Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

DATE: __04/15/2026___          _____

                                        HON. MICHAEL B. KAUFMAN
                                        U.S. MAGISTRATE JUDGE