E. KATHARINE TINTO (CA SBN 233654)
ktinto@law.uci.edu
CRIMINAL JUSTICE CLINIC,
UC IRVINE SCHOOL OF LAW
PO Box 5479
Irvine, CA 92616
Telephone:  949-824-9247

Attorney for Petitioner
TUNG THANH NGUYEN TROUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TUNG THANH NGUYEN TROUNG,

          Petitioner,

      v.

MARKWAYNE MULLIN,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY; TODD
BLANCHE, ACTING ATTORNEY
GENERAL; TODD LYONS, ACTING
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT; JAIME
RIOS, LOS ANGELES FIELD OFFICE
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT;
WARDEN, ADELANTO DETENTION
FACILITY; DEPARTMENT OF
HOMELAND SECURITY;
EXECUTIVE OFFICE OF
IMMIGRATION REVIEW;
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Respondents.

Civil Case No.: 2:26-cv-03546-MBK

[PROPOSED] ORDER GRANTING
UNOPPOSED APPLICATION FOR
ENTRY OF FEE AWARD UNDER
THE EQUAL ACCESS TO JUSTICE
ACT

On April 15, 2026, the Court entered judgment in this case after granting Petitioner's petition for writ of habeas corpus. *See* ECF No. 13. Any motion for fees under the Equal Access to Justice Act (EAJA) is due within 90 days of that order, or by July 14, 2026. 28 U.S.C. § 2412(d)(1)(B); *Al-Harbi v. I.N.S.*, 284 F.3d 1080, 1082 (9th Cir. 2002).

The parties conferred regarding an application for fees and, on June 15, 2026, reached an agreement to settle the matter for $2,584.60 in fees and costs. The Court is in receipt of Petitioner's Unopposed Application for Entry of Fee Award under the Equal Access to Justice Act. Upon the request of the parties, the Court orders that Petitioner be awarded an amount of $2,584.60 for fees and costs incurred in the successful litigation of this matter. 28 U.S.C. § 2412(d) *et. seq.*

IT IS SO ORDERED.

Dated:  06/17/2026

Michael B. Kaufman
United States Magistrate Judge